AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Raquel CHOCOJ-Pop De Choc<br><br>*Defendant(s)* | )<br>)<br>)  Case No: 18po2041<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of May 15, 2018 in the county of Hidalgo in the State and District of New Mexico, the defendant violated 8 U.S.C. §1325(a)(1)(EWI Misdemeanor), an offense described as follows:

entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers

This criminal complaint is based on these facts:
On May 15, 2018, Border Patrol Agents from the Lordsburg, New Mexico Border Patrol Station encountered the Defendant in Hidalgo County, New Mexico. The Defendant was questioned as to her citizenship to which she stated that she was a citizen and national of Guatemala, illegally present in the United States. Agents determined the Defendant illegally crossed the boundary between the United States and Mexico on May 15, 2018, approximately 1 miles west of the Antelope Wells, New Mexico Port of Entry. The Defendant did not present herself through a lawful Port of Entry; therefore, she was not admitted or paroled by an Immigration Officer.

☐ Continued on the attached sheet.

*Complainant's signature*

Roberto Morales  BORDER PATROL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 17, 2018

*Judge's signature*
KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Las Cruces, N.M.